DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENDRICK WYLY, KENDRA D. WESTER, JOSEPH BEDFORD, SR., DOUGLAS LAWSON,** and **MADELENE IRVING-MILLS,**
Appellants,

v.

**RONNIE FELDER, TRADRICK McCOY,** and **FERCELLA PANIER,** et al.,
Appellees.

No. 4D2024-3213

[December 26, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Reid P. Scott, Judge; L.T. Case No. 502024CA011018XXXAMB.

Mark Herron of Messer, Caparello, P.A., Tallahassee, for appellants.

Dedrick D. Straghn, Delray Beach, for appellees Ronnie Felder, Tradrick McCoy and Fercella Panier.

Stacey J. Manning, General Counsel, Supervisor of Elections, Palm Beach County, West Palm Beach, for appellee Wendy Sartory Link, in her capacity as Palm Beach County Supervisor of Elections.

Juan-Carlos Planas, Coral Gables, for appellee City of Riviera Beach.

Gerald Frederick Richman, Palm Beach Gardens, for appellee Deborah Hall-McMullon, Riviera Beach City Clerk.

PER CURIAM.

*Affirmed.* *See* § 86.101, Fla. Stat. (2024) ("This chapter is declared to be substantive and remedial. Its purpose is to settle and to afford relief from insecurity and uncertainty with respect to rights, status, and other equitable or legal relations and is to be liberally administered and construed."); *Torres v. Shaw*, 345 So. 3d 970, 974 (Fla. 1st DCA 2022) (noting that "plaintiffs must have a legitimate or sufficient interest at stake in the controversy that will be affected by the outcome of the litigation." (internal quotations omitted)); *Spiritis v. Botel*, 384 So. 3d 260, 264 (Fla.

4th DCA 2024) ("We must enforce [section 99.061(7), Florida Statutes (2023)] as written.").

GROSS, LEVINE and KUNTZ, JJ., concur.

*     *     *

***FINAL UPON RELEASE; NO MOTION FOR REHEARING WILL BE ENTERTAINED; MANDATE ISSUED SIMULTANEOUSLY WITH OPINION.***